GINSBERG, Michael Alan & Sara Lewis     99-12394

**Rabobank, N.A.**
Santa Maria, CA
Phone: 800-465-2415 for Rabobank Specialty Deposits

**VOID AFTER 90 DAYS**    10112
90-3715 / 1222
2
13765

TID #380020
DAVID V. ADLER
P.O. BOX 55129
METAIRIE LA 70055

| Case | Debtor |
|---|---|
| 99-12394 B | GINSBERG, MICHAEL ALAN |
| 5001580966 | SARA LEWIS GINSBERG |
| UNCLAIMED FUNDS | |

Date 02/19/2016    $ ******27,263.44

~~~Twenty-Seven Thousand Two Hundred Sixty-Three Dollars and 44/100

Pay to the Order of: CLERK, US BANKRUPTCY COURT
500 POYDRAS ST., ROOM B-601
NEW ORLEANS LA 70130-3386

*David V. Adler* (signature)

DAVID V. ADLER, Trustee

⑈59⑊ 5001580966⑊

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 234595    KW
* * C O P Y * *
February 22, 2016
14:52:27

TREASURY REGFUND
99-12394

Debtor.: MICHAEL ALAN GINSBERG
Trustee: David Adler
Amount.:        $27,263.44 CH
Check#.:   10114

Total-> $27,263.44

FROM: ADLER

DEPOSIT TO TREASURY
SEE ATTACHED

BK #21
2/22/16
CV

David V. Adler,
Trustee In Bankruptcy
P.O. Box 55129
Metairie, LA 70055
504-834-5465
832-5130 (fax)
adler_d@bellsouth.net

February 19, 2016

Ms. Sheila Booth
Clerk of Court
U. S. Bankruptcy Court
500 Poydras St., Rm. B-601
New Orleans, LA 70130

Re: GINSBERG, MICHAEL ALAN
GINSBERG, SARA LEWIS
Case No. 99-12394

Dear Ms. Booth,

The enclosed check (#10112) represents unclaimed funds of this estate for which attempted payment was made and distributions were outstanding in excess of 90 days. Please deposit these funds into the Registry of the Court pursuant to 11 USC §347(a).

Payment of claim(s) were previously sent to:

| Canceled Check No. | Date | Claimant Name(s) | Amount |
|---|---|---|---|
| 10105 | 11/18/15 | B-Line, LLC/Bank One Delaware, NA f.n.a. 1st USA | $ 8,256.96 |
| 10106 | 11/18/15 | B-Line, LLC/Bank One Delaware, NA f.n.a. 1st USA | 12,621.80 |
| 10107 | 11/18/15 | B-Line, LLC/Bank Delaware, NA f.n.a. 1st USA | 6,384.68 |
| | | | $27,263.44 |

Sincerely Yours,

David V. Adler, Trustee